UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MONTAGUE MINNIFIELD | } |
| | } |
| Plaintiff, | } |
| | } |
| v. | } Case No.: 2:16-cv-00196-MHH |
| | } |
| CITY OF BIRMINGHAM, | } |
| | } |
| Defendant. | } |

**<u>VERDICT FORM</u>**

## Title VII Discrimination

**Do you find from a preponderance of the evidence:**

1. That the BPD Tactical Unit's decision to deny Montague Minnifield a K-9 patrol officer position was an adverse employment action?

    Answer Yes or No     __Yes__

    If your answer is "No," this ends your deliberations concerning Title VII Discrimination, and you should proceed to the Retaliation section of this form. If your answer is "Yes," then please go to the next question.

2. That the City of Birmingham, through the BPD Tactical Unit, took an adverse employment action because of Mr. Minnifield's race?

    Answer Yes or No     _____

    If your answer is "No," this ends your deliberations concerning Title VII Discrimination, and you should proceed to the Retaliation section of this verdict form. If your answer is "Yes," then please go to the next question.

3. That Montague Minnifield incurred damages because he did not receive one of the K-9 patrol positions that the Tactical Unit filled in 2013?

    Answer Yes or No     _____

## Title VII Retaliation

**Do you find from a preponderance of the evidence:**

1. That Montague Minnifield engaged in protected activity?

    Answer Yes or No       **YES**

    Because the parties have stipulated that Montague Minnifield engaged in protected activity, you must treat this fact as established by a preponderance of the evidence. Please go to the next question.

2. That the BPD Tactical Unit's decision to deny Montague Minnifield a K-9 patrol officer position would have made a reasonable employee reluctant to make or support a charge of discrimination?

    Answer Yes or No       Yes

    If your answer is "No," this ends your deliberations concerning Mr. Minifield's retaliation claim. If your answer is "Yes," then please go to the next question.

3. That the City of Birmingham denied Montague Minnifield a K-9 patrol officer position because of Montague Minnifield's protected activity?

    Answer Yes or No       Yes

    If your answer is "No," this ends your deliberations concerning Mr. Minifield's retaliation claim. If your answer is "Yes," then please go to the next question.

4. That Mr. Minnifield incurred damages because he did not receive one of the K-9 patrol positions that the Tactical Unit filled in 2013?

    Answer Yes or No       Yes

## Damages

If you answered "No" to Discrimination Question 1, 2, or 3 and "No" to Retaliation Question 1, 2, 3, or 4, then you may not award damages, and you must conclude your deliberations. Your foreperson should sign and date the verdict form.

If you answered "Yes" to Discrimination Question 3 and/or Retaliation Question 4, then you must consider the issue of damages.

If you answered "Yes" to Discrimination Question 3 and/or Retaliation Question 4, what amount of damages do you find will compensate Mr. Minnifield for the overtime wages and/or benefits that he lost on a monthly basis?

$ 3,497 74/100 /month

If you answered "Yes" to Discrimination Question 3 and/or Retaliation Question 4, what amount of damages do you award Mr. Minnifield to compensate him for emotional pain and mental anguish?

$ 125,000 00/100

SO SAY WE ALL.

DATE: 12/06/2023