# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| MONTEGUE MINNIFIELD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF BIRMINGHAM, ) <br> ) <br> Defendant. ) | Case No. 2:16-cv-00196-MHH |

## STIPULATIONS ON NUMBER OF MONTHS BETWEEN THE CITY OF BIRMINGHAM'S DENIAL OF THE K-9 PATROL POSITION TO MINNIFIELD AND TRIAL

The parties, with the Defendant reserving all objections it placed on the record as to how to calcualte backpay and when backpay should be cut-off, stipulate the following facts are true:

There are 125 months between July 2013 when the City of Birmingham denied Minnifield the K-9 patrol position which was the subject of this action and the jury's verdict on December 6, 2023.

Respectfully submitted on December 8, 2023 by:

Counsel for Plaintiff:

/s/ Patricia A. Gill
Patricia A. Gill
BARRETT & FARAHANY
2 20th Street North, Suite 900
Birmingham, AL 35203
(205) 390-1953 – voice
teampag@justiceatwork.com

/s/ Heather Newsom Leonard
Heather Newsom Leonard

Counsel for Defendant:

/s/ Elizabeth H. Huntley
/s/ William H. Morrow
Elizabeth H. Huntley
William H. Morrow
LIGHTFOOT FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
(205) 581-0700

HEATHER LEONARD, PC  
2105 Devereux Circle, Suite 111  
Birmingham, AL 35243  
(205) 977-5421 – voice  
(205) 278-1400 – facsimile  
Heather@HeatherLeonardPC.com

ehuntley@lightfootlaw.com  
wmorrow@lightfootlaw.com