# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MONTAGUE MINNIFIELD** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:16-cv-00196-MHH |
| **CITY OF BIRMINGHAM,** *et al.*, | } |
| Defendants. | } |

## FINAL JUDGMENT

In accordance with the jury verdict rendered on December 6, 2023, the Court enters final judgment in favor of plaintiff Montague Minnifield and against defendant City of Birmingham in the amount of $562,220.00 on Mr. Minnifield's Title VII retaliation claim against the City.

Having previously resolved Mr. Minnifield's other claims in this action against the City and Sgt. Boackle, (Docs. 70, 103), this order fully resolves this matter. Therefore, the Court shall please close the file.

**DONE** and **ORDERED** this July 23, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE